MINNA F. NEANDER, Respondent, *v.* JAMES A. TILLMAN, Appellant.

First Department, May 1, 1931.

*J. Sidney Bernstein* of counsel [*Carlton Z. Solomon* with him on the brief; *James A. Tillman,* attorney], for the appellant.

*Barnet Levy* of counsel [*Henri Pressprich,* attorney], for the respondent.

O'MALLEY, J. For the reasons stated in our decision in *Neander* v. *Tillman* (232 App. Div. 189), considered herewith, the order and judgment should be affirmed, with costs.

FINCH, P. J., MERRELL, SHERMAN and TOWNLEY, JJ., concur.

Judgment and order affirmed, with costs.